IN THE UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**BRANDON LEE WHEELER**                                                              **PLAINTIFF**

VS.                                    NO. 4:18-cv-859-SWW

**CITY OF SEARCY, ARKANSAS;**
**ERIC WEBB,** individually and in his official
capacity as **CHIEF OF POLICE** for the City
of Searcy; **MARK KIDDER,** individually and
in his former official capacity as a Police Officer
and Investigator with and for the City of Searcy;
**ADAM SEXTON,** individually and in his official
capacity as a Police Officer and Investigator
with and for the City of Searcy; **NICK DARNELL,**
individually and in his official capacity as a
Police Officer and Investigator with and for the
City of Searcy; **CHARLEY PERRY,** individually
and in his former official capacity as a Police
Officer and Investigator with and for the City of
Searcy; and **JOHN DOES 1-20,** past and present
employees of the City of Searcy or the Searcy Police
Department.                                                                          **DEFENDANTS**

## NOTICE OF DEPOSITIONS

**TO:**   Mr. Eric Webb, as Chief of Police
c/o Searcy Police Department
101 N. Gum Street
Searcy, AR 72143

Mr. Mark Kidder
c/o Bentonville Police Department
908 S. E. Street
Bentonville, AR  72712

Mr. Adam Sexton, Officer/Investigator
c/o Searcy Police Department
101 N. Gum Street
Searcy, AR 72143

Mr. Nick Darnell, Officer/Investigator
c/o Searcy Police Department
101 N. Gum Street
Searcy, AR 72143

Take notice that on the 19th day of June, 2019, at 12:00 p.m., the Plaintiff's attorneys, D. Paul Petty and J. Michael Petty, will take the oral depositions of Eric Webb, Mark Kidder, Adam Sexton and Nick Darnell before a certified court reporter, or before some other officer authorized by law to take depositions.

Said depositions will be taken at the Searcy Police Department 101 N. Gum Street, Searcy, Arkansas 72143. The oral examination will continue until completed and is being taken for the purpose of discovery, for use at trial, and for such other purposes as are permitted by the Arkansas Rules of Civil Procedure and other applicable laws.

**DATED** this 17th day of May, 2019.

**BRANDON WHEELER, PLAINTIFF**

**/s/ Denny Paul Petty, Bar No. 71063**
**J. Michael Petty, Bar No. 2016183**
**Attorneys for Plaintiff**
**411 W. Arch Avenue**
**Searcy, Arkansas  72143**
**(501) 268-7161**
**Email: pettylawfirm@hotmail.com**

## CERTIFICATE OF SERVICE

I hereby certify that on 17th day of May, 2019, I electronically filed the foregoing with the Clerk of Court using the E-filing system, which shall send notification of such filing to the following:

Mr. Ralph C. Ohm
Attorney at Law
P. O. Box 1558
Hot Springs, AR  71902-1558

Mr. C. Burt Newell
Attorney at Law
P. O. Box 1620
Hot Springs, AR 71902-1620

                                              **/s/ J. Michael Petty, Bar No. 2016183**

WHEELER/NOTDEP/RKG