AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the Eastern District of Arkansas
Western Division

| | |
|---|---|
| BRANDON LEE WHEELER  )  *Plaintiff*  ) | |
| v.   ) | Case No. 4:18-CV-859-SWW |
| MARK KIDDER, individually; ADAM SEXTON, individually; NICK DARNELL, individually;  *Defendant*   ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ADAM SEXTON.

Date: 9/29/2021

*Attorney's signature*

Russell A. Wood
*Printed name and bar number*

501 East 4th Street, Ste.4, Russellville, AR 72801
*Address*

RWood@WoodLawFirmPA.com
*E-mail address*

(479) 967-9663
*Telephone number*

(479) 967-9664
*FAX number*

CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to the following:

    J. Michael Petty
    Petty Laws Firm
    411 W. Arch Ave.
    Searcy, AR  72143


I hereby certify that on the __ day of _____ I presented the foregoing to the Clerk of the Court for filing using the CM/ECF system, and I mailed the document by United States Postal Service to the following non CM/ECF participants:

    NONE


_____
Name: Russell A. Wood
Bar Number: AR#2001137; TN#23102
Attorney for: Adam Sexton
Law Firm Name: Wood Law Firm, P.A.
Law Firm Address: 501 East 4th St., Ste. #4
City State ZIP: Russellville, AR 72801
Phone Number: (479) 967-9663
Email Address: RWood@WoodLawFirmPA.com