# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 20-3292

_____

Brandon Lee Wheeler

Plaintiff - Appellee

v.

City of Searcy, Arkansas; Eric Webb

Defendants

Mark Kidder, Individually; Adam Sexton, Individually; Nick Darnell, Individually

Defendants - Appellants

Charley Perry; John Does

Defendants

_____

Appeal from U.S. District Court for the Eastern District of Arkansas - Central
(4:18-cv-00859-SWW)

_____

**JUDGMENT**

Before SMITH, Chief Judge, COLLOTON, and ERICKSON, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the order of the district court in this cause is affirmed in accordance with the opinion of this Court.

September 29, 2021

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
     /s/ Michael E. Gans

# John Hibbs

| | |
|---|---|
| **From:** | ca08ml_cmecf_Notify@ca8.uscourts.gov |
| **Sent:** | Wednesday, September 29, 2021 8:45 AM |
| **Subject:** | 20-3292 Brandon Wheeler v. Mark Kidder, et al "judgment filed sua sponte affirmed" (4:18-cv-00859-SWW) |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was filed on 09/29/2021

| | |
|---|---|
| **Case Name:** | Brandon Wheeler v. Mark Kidder, et al |
| **Case Number:** | 20-3292 |
| **Document(s):** | Document(s) |

**Docket Text:**
JUDGMENT FILED - The order of the Originating Court is AFFIRMED in accordance with the opinion LAVENSKI R. SMITH, STEVEN M. COLLOTON and RALPH R. ERICKSON Hrg Apr 2021 [5081677] [20-3292] (Megan Polley)

**Notice will be electronically mailed to:**

Ms. Tammy H. Downs, Clerk of Court: ared_appeals@ared.uscourts.gov
Mr. Colin C. Heaton: colin@heatonfirm.com, kayla@heatonfirm.com, colin@hotspringslaw.net
Mr. Clyde Burt Newell: burt@hotspringslaw.net, kayla@hotspringslaw.net, aperma@hotspringslaw.net, michelle@hotspringslaw.net
Mr. Denny Paul Petty: pettylawfirm@hotmail.com
Mr. James Michael Petty: pettylawfirm@hotmail.com

The following document(s) are associated with this transaction:
**Document Description:** Judgment With Opinions
**Original Filename:** /opt/ACECF/live/forms/MeganPolley_203292_5081677_JudgmentsWithOpinions_258.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=09/29/2021] [FileNumber=5081677-0]
[6cc1bdfd258aace10be5bd478a5d2e4dac5d360c2bac79d6ef3d685d03778d0348c1280d62bc0217641cf6165729bf6bcb1d3f975410ef8e739d2709a6c51b7b]]
**Recipients:**

- Ms. Tammy H. Downs, Clerk of Court
- Mr. Colin C. Heaton

- [Mr. Clyde Burt Newell](#)
- [Mr. Denny Paul Petty](#)
- [Mr. James Michael Petty](#)

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 5081677
**RELIEF(S) DOCKETED:**
  affirmed
**DOCKET PART(S) ADDED:** 6860352, 6860353, 6860354