# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 20-3292

Brandon Lee Wheeler

Appellee

v.

City of Searcy, Arkansas and Eric Webb

Mark Kidder, Individually, et al.

Appellants

Charley Perry and John Does

---

Appeal from U.S. District Court for the Eastern District of Arkansas - Central
(4:18-cv-00859-SWW)

---

## MANDATE

In accordance with the opinion and judgment of 09/29/2021, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

October 20, 2021

Clerk, U.S. Court of Appeals, Eighth Circuit

## John Hibbs

| | |
|---|---|
| **From:** | ca08ml_cmecf_Notify@ca8.uscourts.gov |
| **Sent:** | Wednesday, October 20, 2021 9:31 AM |
| **Subject:** | 20-3292 Brandon Wheeler v. Mark Kidder, et al "Mandate Issued" (4:18-cv-00859-SWW) |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

### Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was filed on 10/20/2021

| | |
|---|---|
| **Case Name:** | Brandon Wheeler v. Mark Kidder, et al |
| **Case Number:** | 20-3292 |
| **Document(s):** | Document(s) |

**Docket Text:**
MANDATE ISSUED. [5089173] [20-3292] (Nicole Gillis)

**Notice will be electronically mailed to:**

Ms. Tammy H. Downs, Clerk of Court: ared_appeals@ared.uscourts.gov
Mr. Colin C. Heaton: colin@heatonfirm.com, kayla@heatonfirm.com, colin@hotspringslaw.net
Mr. Clyde Burt Newell: burt@hotspringslaw.net, kayla@hotspringslaw.net, aperma@hotspringslaw.net, michelle@hotspringslaw.net
Mr. Denny Paul Petty: pettylawfirm@hotmail.com
Mr. James Michael Petty: pettylawfirm@hotmail.com
Honorable Susan Webber Wright, Senior District Judge: swwchambers@ared.uscourts.gov

The following document(s) are associated with this transaction:
**Document Description:** Mandate
**Original Filename:** /opt/ACECF/live/forms/NikiGillis_203292_5089173_MandateIssuedForms_386.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=10/20/2021] [FileNumber=5089173-0]
[c527ddaa48bfbfde5fa08d8b86362c29c49ca8c19593c513a6d81c3a6f2b02cab74a4d289579dd0354f1e8667be2c9d5882b3c184c970cc6fb7f25d804e67cec]]
**Recipients:**

- Ms. Tammy H. Downs, Clerk of Court
- Mr. Colin C. Heaton
- Mr. Clyde Burt Newell

1

- [Mr. Denny Paul Petty](#)
- [Mr. James Michael Petty](#)
- [Honorable Susan Webber Wright, Senior District Judge](#)

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 5089173
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 6876163