# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

| | |
|---|---|
| **BRANDON LEE WHEELER** * | |
| **PLAINTIFF** * | |
| * | |
| **V.** * | |
| * | **CASE NO. 4:18CV00859 SWW** |
| * | |
| **CITY of SEARCY, ARKANSAS,** * | |
| **ET AL.** * | |
| **DEFENDANTS** * | |
| * | |

## **ORDER**

IT IS HEREBY ORDERED that the stay in this case pending appeal is lifted, and the Court recuses from due to anticipated retirement. The Clerk is directed to reassign the case by random draw.

IT IS SO ORDERED, this 2nd day of December, 2021.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE
