## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**BRANDON LEE WHEELER**

                                          **PLAINTIFF**

**v.**                         **CASE NO. 4:18-CV-00859-BSM**

**CITY OF SEARCY, ARKANSAS,** *et al*                 **DEFENDANTS**

## <u>ORDER</u>

Pursuant to plaintiff's notice of dismissal [Doc. No. 88], this case is dismissed with prejudice.

IT IS SO ORDERED this 17th day of February, 2022.

_____

UNITED STATES DISTRICT JUDGE