IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BRANDON LEE WHEELER**                                                                                         **PLAINTIFF**

v.                              CASE NO. 4:18-CV-00859-BSM

**CITY OF SEARCY, ARKANSAS,** *et al*                                                    **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 17th day of February, 2022.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE